UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DUSTIN BLANE GOODWIN,<br><br>              Plaintiff,<br><br>    v.<br><br>OFFICER KA VANG,<br><br>              Defendant. | No.  4:14-CV-5039-EFS<br><br>**ORDER DISMISSING THE LAWSUIT AND CLOSING THE FILE** |

    Plaintiff Dustin Blane Goodwin was previously ordered to file a second amended complaint satisfying Federal Rule of Civil Procedure 8(a). ECF No. 15. The deadline for Mr. Goodwin to file the second amended complaint was April 10, 2015. Mr. Goodwin was cautioned that a failure to timely amend his complaint would result in dismissal of his lawsuit. *Id.* at 3:15-16. Mr. Goodwin failed to either file a second amended complaint or seek relief from the April 10, 2015 deadline.

    Accordingly, **IT IS HEREBY ORDERED:**

    1.   This lawsuit is **DISMISSED** without prejudice.

    2.   All dates and deadlines are **STRICKEN.**

///

//

/

ORDER - 1

1    3.   This file shall be **CLOSED**.

2    **IT IS SO ORDERED.**  The Clerk's Office is directed to enter this

3 Order and provide a copy to Mr. Goodwin.

4    **DATED** this  22nd day of April 2015.

*Edward F. Shea*

EDWARD F. SHEA
Senior United States District Judge